*Jacqueline M. James, Esq.*

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMESLAW@OPTONLINE.NET |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

The Honorable Judge Brenda K. Sannes
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, NY 12207

>   *Re: 1:24-cv-00817-BKS-MJK; Plaintiff's Motion to Strike Notice of Settlement Dismissal with Prejudice*

Dear Judge Sannes:

The James Law Firm represents Plaintiff in the above captioned matter. On February 26, 2025, Plaintiff inadvertently filed a Notice of Settlement Dismissal with Prejudice in the above captioned matter. D.E. 22. That Notices concerned a different defendant (IP address 72.90.80.107) in a different matter (Docket No. 24-cv-1570), and was filed in this case in error. That notice has since be filed in the correct docket. Plaintiff apologizes for the inconvenience.

Plaintiff respectfully requests that the Court STRIKE the Notice of Settlement Dismissal with Prejudice made in this matter at D.E. 22. Plaintiff has conferred with opposing counsel in the 24-cv-1570, Leonard J. French, Esq., and counsel has consented to the relief sought here.

Respectfully submitted,

By: ___/s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*